**ORIGINAL**

1  LINDA M. SAMUEL (D.C. Bar 388970)
   Deputy Chief
2
   FREDERICK REYNOLDS (Texas Bar 24003453)
3  Trial Attorney
   Asset Forfeiture and Money Laundering Section
4  Criminal Division
   United States Department of Justice
5
   1400 New York Avenue, N.W.
6  Washington, D.C.
   Telephone: 202.353.1566
7  Facsimile:  202.514.5522
   Email: frederick.reynolds@usdoj.gov
8
   JOSEPH P. RUSSONIELLO (CSBN 44332)
9  United States Attorney

10 BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
11
   PATRICIA J. KENNEY (CSBN 130238)
12 Assistant United States Attorney

13   450 Golden Gate Avenue
     San Francisco, CA 94102
14   Telephone: 415.436.6857
     Facsimile:  415.436.7234
15   Email: patricia.kenney@usdoj.gov

16 Attorneys for United States of America

17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                        SAN FRANCISCO DIVISION

21

22 UNITED STATES OF AMERICA,       )
                                   )   No. CV 10-3374 SC
23                     Plaintiff,  )
                                   )
24      v.                         )   UNSEALING ORDER
                                   )
25 APPROXIMATELY $693,522.14 IN    )
   FUNDS FROM ACCOUNT #544-7-48893 )
26 HELD IN THE NAME OF EMIRATES    )
   NBD AT JPMORGAN CHASE BANK,     )
27                                 )
                       Defendant.  )
28 _____)

AUG 11 2010

1   UPON CONSIDERATION of the Government's Application to Unseal Complaint for
2   Forfeiture And All Documents in the Court's File in Connection With the Instant Case, the entire
3   record and for good cause shown, it is by the Court on this ___13___ day of August, 2010,
4   ORDERED that the Government's Application to Unseal be, and hereby is, GRANTED; and
5   it is further
6   ORDERED that the Clerk shall take the necessary steps to unseal the documents in Court's
7   file in this case.

_____
HONORABLE SAMUEL CONTI
United States District Court Judge

Order Re: Unsealing Case File
No. CV 10-3374 SC                              2