LINDA M. SAMUEL (D.C. Bar 388970)
Deputy Chief
FREDERICK REYNOLDS (Texas Bar 24003453)
Trial Attorney
Asset Forfeiture and Money Laundering Section
Criminal Division
United States Department of Justice
    1400 New York Avenue, N.W.
    Washington, D.C.
    Telephone: 202.353.1566
    Facsimile:  202.514.5522
    Email: frederick.reynolds@usdoj.gov

MELINDA HAAG (CSBN 132612)
United States Attorney
MIRANDA B. KANE (CSBN 150630)
Chief, Criminal Division
PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney
    450 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone: 415.436.6857
    Facsimile:   415.436.7234
    Email: patricia.kenney@usdoj.gov
Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>APPROXIMATELY $693,522.14 IN FUNDS FROM ACCOUNT #544-7-48893 HELD IN THE NAME OF EMIRATES NBD AT JPMORGAN CHASE BANK,<br><br>    Defendant.<br><br>FIRST REPUBLIC BANK,<br><br>    Claimant<br><br>EMIRATES NBD BANK,<br><br>    Claimant. | No. 10-CV-03374 SC<br><br>STIPULATION AND ORDER RE: RESCHEDULING CMC TO MARCH 4, 2011, IF NEEDED |

| | |
|---|---|
| 1 | The parties agree, subject to the Court's approval, that the case management conference be continued to March 4, 2011. The undersigned Assistant United States Attorney called and obtained a hearing date from the Court's Courtroom Clerk. The Clerk gave the United States a March 4, 2011 hearing date. The United States will file its motion for summary judgment on or before January 28, 2011 (five weeks in advance) pursuant to Civil Local Rule 7-2. There appears to be no reason to hold a case management conference, as scheduled, on January 21, 2011. Fed. R. Civ. P. 1. As a result, the parties request that the case management conference be rescheduled, if needed, for after the March 4 hearing. |

IT IS SO STIPULATED:

MELINDA HAAG
United States Attorney

Dated:  January 3, 2011

*/s/ Patricia J. Kenney*
PATRICIA J. KENNEY
Assistant United States Attorney

HANSON BRIDGETT LLP

Dated:  January 3, 2011

_____
BATYA F. SWENSON
Attorneys for Claimant
First Republic Bank, A California Bank

DEWEY & LEBOEUF LLP

Dated: January 3, 2011

_____
GEOFFREY H. COLL
MATTHEW M. WALSH
Attorneys for Claimant
Emirates NBD Bank

IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS ____ DAY OF JANUARY, 2011.

_____
HONORABLE SAMUEL CONTI
United States District Judge

Stip & Order Re: Rescheduling
CMC for March 4, 2011, If Needed
No. 10-CV-3374 SC                           2

| | |
|---|---|
| 1 | The parties agree, subject to the Court's approval, that the case management conference be |
| 2 | continued to March 4, 2011. The undersigned Assistant United States Attorney called and obtained |
| 3 | a hearing date from the Court's Courtroom Clerk. The Clerk gave the United States a March 4, 2011 |
| 4 | hearing date. The United States will file its motion for summary judgment on or before January 28, |
| 5 | 2011 (five weeks in advance) pursuant to Civil Local Rule 7-2. There appears to be no reason to |
| 6 | hold a case management conference, as scheduled, on January 21, 2011. Fed. R. Civ. P. 1. As a |
| 7 | result, the parties request that the case management conference be rescheduled, if needed, for after |
| 8 | the March 4 hearing. |

IT IS SO STIPULATED:

MELINDA HAAG
United States Attorney

Dated: January 3, 2011

_____
PATRICIA J. KENNEY
Assistant United States Attorney

HANSON BRIDGETT LLP

Dated: January 4, 2011

_____
BATYA F. SWENSON
Attorneys for Claimant
First Republic Bank, A California Bank

DEWEY & LEBOEUF LLP

Dated: January 3, 2011

_____
GEOFFREY H. COLL
MATTHEW M. WALSH
Attorneys for Claimant
Emirates NBD Bank

IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS ____ DAY OF JANUARY, 2011.

_____
HONORABLE SAMUEL CONTI
United States District Judge

Stip & Order Re: Rescheduling
CMC for March 4, 2011, If Needed
No. 10-CV-3374 SC                                    2

1  The parties agree, subject to the Court's approval, that the case management conference be
2  continued to March 4, 2011. The undersigned Assistant United States Attorney called and obtained
3  a hearing date from the Court's Courtroom Clerk. The Clerk gave the United States a March 4, 2011
4  hearing date. The United States will file its motion for summary judgment on or before January 28,
5  2011 (five weeks in advance) pursuant to Civil Local Rule 7-2. There appears to be no reason to
6  hold a case management conference, as scheduled, on January 21, 2011. Fed. R. Civ. P. 1. As a
7  result, the parties request that the case management conference be rescheduled, if needed, for after
8  the March 4 hearing.

10  IT IS SO STIPULATED:            MELINDA HAAG
                                    United States Attorney

12  Dated: January 3, 2011
                                    _____
13                                  PATRICIA J. KENNEY
                                    Assistant United States Attorney

                                    HANSON BRIDGETT LLP

16  Dated: January 3, 2011
                                    _____
17                                  BATYA F. SWENSON
                                    Attorneys for Claimant
                                    First Republic Bank, A California Bank

                                    DEWEY & LEBOEUF LLP

20  Dated: January 3, 2011          _____
21                                  GEOFFREY H. COLL
                                    MATTHEW M. WALSH
22                                  Attorneys for Claimant
                                    Emirates NBD Bank

25  IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS __4__ DAY
    OF JANUARY, 2011.
26
27                                  HONORABLE SAMUEL CONTI
                                    United States District Judge
28

Stip & Order Re: Rescheduling
CMC for March 4, 2011, If Needed
No. 10-CV-3374 SC                   2