United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10-3374 SC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| APPROXIMATELY $693,522.14 IN FUNDS FROM ACCOUNT ENDING IN 8892 HELD IN THE NAME OF EMIRATES NBD AT JPMORGAN CHASE BANK, | |
| Defendant. | |
| FIRST REPUBLIC BANK, and EMIRATES NBD BANK, | |
| Claimants. | |

Plaintiff United States of America ("Plaintiff") commenced this in rem action, seeking forfeiture under 18 U.S.C. § 981(a)(1)(C) and (k) of $693,522.14 held in the name of Emirates NBD at JPMorgan Chase Bank. ECF No. 1 ("Compl."). Plaintiff filed a Motion for Summary Judgment, ECF No. 29 ("Mot."), and Claimants First Republic Bank ("First Republic") and Emirates NBD Bank ("Emirates Bank") (collectively, "Claimants") filed Statements of Non-Opposition. ECF Nos. 35, 36. On March 15, 2011, the Court deferred ruling on the Motion out of concern that Claimants' non-

opposition was predicated on the Court issuing a detailed order, and the Court gave Claimants ten days to register their unqualified non-opposition to Plaintiff's Motion for Summary Judgment. ECF No. 38. First Republic and Emirates Bank have since filed unambiguous Statements of Non-Opposition. ECF Nos. 39, 40.

    Accordingly, the Court GRANTS Plaintiff United States' Motion. The Court finds, as a matter of law, that Plaintiff is entitled to summary judgment forfeiting defendant $693,522.14 to the United States, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and (k). The Court will enter a separate judgment.

    IT IS SO ORDERED.

Dated: April 13, 2011

_____
UNITED STATES DISTRICT JUDGE